GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
RYAN B. ZIMMER, ESQ.
Nevada Bar No. 14784
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; ALLAN G. FIEGEHEN, individually; and KRISTINE A. FIEGEHEN, individually;<br><br>Defendants. | CASE NO.: 3:19-cv-00449- LRH-WGC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

Plaintiff, **TESORO REFINING & MARKETING COMPANY LLC** ("Plaintiff") by and through its attorneys of record, Litchfield Cavo LLP, and Defendants, **ALANDDON LLC, DONALD A. LEHR, VALARIE M. LEHR** and **ALLAN G. FIEGEHEN** (collectively referred to as "Defendants") by and through their attorneys of record, the law firm of Allison MacKenzie, stipulate and agree as follows:

1. Plaintiff filed its action on August 2, 2019.

2. Alanddon LLC, Donald A. Lehr and Valarie M. Lehr were personally served on August 12, 2019.

3. The responsive pleading of Alanddon LLC, Donald A. Lehr and Valarie M. Lehr is currently due September 3, 2019.

4. Attorney Ryan Russell of Allison MacKenzie law firm accepted service on behalf of

1

Allan G. Fiegehen on August 29, 2019.

5. The responsive pleading of Allan G. Fiegehen is currently due on September 19, 2019.

6. Good cause exists to extend the deadline for Defendants to respond to Plaintiff's complaint because Mr. Russell was recently retained and will be providing a response for all Defendants herein.

7. Defendants shall have an extension of 21 days from August 29, 2019, to answer, move, or otherwise respond to Plaintiff's complaint to and including September 19, 2019.

Dated: September 3, 2019     **ALLISON MACKENZIE**

By:    */s/ Ryan Russell*
RYAN RUSSELL, ESQ.
Nevada Bar No. 8646
402 North Division Street
Carson City, Nevada 89703
Tel: 775-687-0202
rrussell@allisonmackenzie.com
*Attorneys for Defendants,*

Dated: September 3, 2019     **LITCHFIELD CAVO LLP**

By:    */s/ Ryan B. Zimmer*
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
RYAN B. ZIMMER, ESQ.
Nevada Bar No. 14784
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com
*Attorneys for Plaintiff*

## **ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants should answer or otherwise respond to Plaintiff's complaint on or before Thursday, September 19, 2019.

Dated: September 4, 2019

*William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**

2