UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; ALLAN G. FIEGEHEN, individually; and KRISTINE A. FIEGEHEN, individually;<br><br>Defendants. | CASE NO.: 3:19-cv-00449- LRH-WGC<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT KRISTINE A. FIEGEHEN WITHOUT PREJUDICE**<br><br>**AND ORDER THEREON** |

Plaintiff TESORO REFINING & MARKETING COMPANY LLC. ("Plaintiff"), by and through its attorneys of record, the law firm of Litchfield Cavo LLP, hereby voluntarily dismisses its Complaint against Defendant KRISTINE A. FIEGEHEN only without prejudice. Kristine A. Fiegehen has not entered an appearance in the above-captioned matter.

Dated: October 30, 2019

**SEE NEXT PAGE FOR ORDER**

LITCHFIELD CAVO LLP

By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
RYAN B. ZIMMER, ESQ.
Nevada Bar No. 14784
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com
*Attorneys for Plaintiff*

**O R D E R**

IT IS SO ORDERED.

DATED this 1st day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE