**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – NORTHERN DIVISION**

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually.<br><br>    Defendants. | CASE NO.: 3:19-cv-00449<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIM FOR TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST VALARIE LEHR ONLY WITHOUT PREJUDICE** |

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("Tesoro"), by and through its attorneys of record, Griffith Hayes, Esq. of the law firm of LITCHFIELD CAVO LLP, and ALANDDON LLC ("Alanddon"), DONALD A. LEHR ("Mr. Lehr"), VALARIE M. LEHR ("Mrs. Lehr"), and KIM FIEGEHEN, as Guardian Ad Litem, for ALLAN G. FIEGEHEN (collectively referred to as "Mr. Fiegehen") (Alanddon, Mr. Lehr, Mrs. Lehr, and Mr. Fiegehen are collectively referred to as "Defendants") by and through their counsel of record, Ryan Russell, Esq. of the law firm of ALLISON MACKENZIE, LTD., do hereby stipulate and agree as follows:

1. On November 15, 2019, Tesoro filed its First Amended Complaint against Defendants ("Action") (ECF No. 17).

2. Tesoro asserted the following causes of action: Breach of Contract against all parties,

1

Declaratory Relief against all parties, and Tortious Interference with Contractual Relations against Mr. Lehr, Mrs. Lehr, and Mr. Fiegehen.

3. On November 27, 2019, Defendants filed a Motion to Dismiss Tesoro's First Amended Complaint (ECF No. 19) ("Motion to Dismiss").

4. On December 11, 2019, Tesoro filed its Opposition to Defendants' Motion to Dismiss (ECF No. 23) ("Tesoro's Opposition").

5. On December 18, 2019, Defendants filed a Reply to Tesoro's Opposition (ECF No. 24).

6. On March 31, 2020, the Court issued an Order denying Defendants' Motion to Dismiss (ECF No. 29) on all causes of action and as to all parties except Tesoro's claim for Tortious Interference with Contractual Relations against Mrs. Lehr ("Tortious Interference"). As to the Tortious Interference cause of action, the court GRANTED the Defendants' Motion to Dismiss with leave to amend by April 30, 2020;

7. By this stipulation, Tesoro agrees to dismiss its Third Claim for Relief, Tortious Interference cause of action against Mrs. Lehr only ("Dismissed Claim"), without prejudice. Tesoro reserves the right to amend its complaint at a later date to reinstate the Dismissed Claim;

8. During the pendency of this Action, the statute of limitations period for the Dismissed Claim only as to Mrs. Lehr shall be tolled. If Tesoro reinstates the Dismissed Claim, it will relate back to the date of filing of the original complaint pursuant to FRCP 15(c)(1).

9. If the Dismissed Claim is not reinstated during the pendency of the Action and the Action is dismissed with prejudice by judgment or by settlement, the without prejudice Dismissed Claim shall by operation of law be converted to a with prejudice dismissal.

///
///
///
///
///
///

10. The responsive pleading of Defendants is due on or before May 30, 2020.

The undersigned respectfully have the authority to execute this Stipulation and bind the respective parties thereto.

Dated: April 28, 2020                        **LITCHFIELD CAVO LLP**

By: */s/ Griffith H. Hayes*
     GRIFFITH H. HAYES, ESQ.
     Nevada Bar No. 7374
     RYAN B. ZIMMER, ESQ.
     Nevada Bar No. 14784
     3993 Howard Hughes Parkway, Suite 100
     Las Vegas, Nevada  89169
     T:  702-949-3100/F: 702-916-1779
     Hayes@LitchfieldCavo.com
     Zimmer@LitchfieldCavo.com
     *Attorneys for Plaintiff*

Dated: April 28, 2020                        **ALLISON MacKENZIE, LTD.**

By: */s/ Ryan Russell*
     RYAN RUSSELL, ESQ.
     Nevada Bar No. 8646
     402 North Division Street
     Carson City, Nevada  89703
     T: 775-687-0202/F:  775-882-7918
     Email: rrussell@allisonmackenzie.com
     *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 30th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE