**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – NORTHERN DIVISION**

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; ALLAN G. FIEGEHEN, individually; and KRISTINE A. FIEGHEN, individually;<br><br>　　　　　Defendants.<br>_____/ | Case No.  3: 19-cv-00449-LRH-WGC<br><br>**ORDER** |

　　　This matter comes before the Court pursuant to Defendant DONALD A. LEHR's ("Mr. Lehr") Motion for Appointment of Guardian Ad Litem. Plaintiff filed an Opposition to that Motion, and Mr. Lehr submitted a Reply in Support thereof. This Court conducted a hearing on the underlying Motion on July 14, 2020. This Court having read the Motion, Opposition, and Reply, as well as the law applicable to the issues raised therein, and further having considered the argument proffered at the July, 14, 2020, hearing, hereby enters its Order as follows:

Pursuant to FRCP 17(c)(2), Donald Lehr has requested the Court appoint Kim Fiegehen as guardian ad litem for Donald Lehr in this case. Mr. Lehr's Motion ad Litem is GRANTED, and Ms. Fiegehen shall be substituted in this matter as Guardian ad Litem for Donald Lehr in the place of Donald Lehr.

IT IS SO ORDERED.

DATED this 15th day of July, 2020

_____
WILLIAM G. COBB
U.S. MAGISTRATE JUDGE