UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; KIM FIEGEHEN, as Guardian ad Litem for DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGHEN, individually,<br><br>Defendants. | Case No. 3:19-cv-00449-LRH-WGC<br><br>ORDER |

The parties have submitted a proposed stipulation to extend the deadline to file response to defendants' Motion for Summary Judgment (ECF 48). The court finds the stipulation acceptable but does not chose to extend the deadline to an unknown date in the future.

IT IS THEREFORE ORDERED, pursuant to the stipulation, that the deadline for plaintiff to file its response to defendants' Motion for Summary Judgment (ECF No. 46) is continued up to and including Friday, February 5, 2021, *nunc pro tunc*.

The parties are free to submit a further stipulation in the event that additional time is needed based upon pending depositions and discovery.

IT IS SO ORDERED.

DATED this 15th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1