1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; KIM FIEGEHEN, as Guardian ad Litem for DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually.<br><br>                Defendants. | CASE NO.: 3:19-cv-00449-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 46) – SECOND REQUEST** |

      Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("Tesoro"), by and through its attorneys of record, Griffith Hayes, Esq. of the law firm of LITCHFIELD CAVO LLP, and ALANDDON LLC, VALARIE M. LEHR, and KIM FIEGEHEN, as Guardian Ad Litem, for ALLAN G. FIEGEHEN and DONALD A. LEHR (collectively referred to as "Defendants") by and through their counsel of record, Ryan Russell, Esq. of the law firm of ALLISON MACKENZIE, LTD.,

1

do hereby stipulate and agree as follows:

1. Plaintiff filed its first amended complaint on November 15, 2019 (ECF No. 17).

2. Defendants filed their answer to the amended complaint on May 29, 2020 (ECF 32).

3. The current deadlines, pursuant to the stipulated discovery plan and scheduling order – fourth request are: Discovery Cut-Off – June 14, 2021; Amend the pleading or add parties – February 26, 2021; Initial Expert Disclosure: February 14, 2021; Rebuttal Expert Disclosure: March 15, 2021; Dispositive Motion Deadline: July 19, 2021 and Joint Pre-Trial Order: June 29, 2021.

4. On December 23, 2020, Defendants filed their Motion for Partial Summary Judgment on Plaintiff's Second Claim for Relief (Breach of Contract against Guarantors)(the "MPSJ")(ECF No. 46).

5. Plaintiff's response to Defendants MPSJ is March 31, 2021 pursuant to Court Order (ECF No. 53).

6. On January 19, 2021, Defendants filed their Motion for Protective Order that Allan G. Fiegehen Not Be Deposed (ECF No. 50) and Motion for Protective Order that Donald Lehr Not Be Deposed (ECF No. 51) (the "Motions for Protective Orders").

7. Plaintiff's filed its response to the Defendants' Motions for Protective Orders ECF No. 50 and ECF No. 51 on March 16, 2021.

8. Defendant's filed their Reply in Support Motions for Protective Orders on March 23, 2021. (ECF 64 and 65).

9. The hearing for Motions for Protective Orders is set for April 15, 2021.

10. Defendant's counsel agreed that Plaintiff's response to Defendant's MPSJ (ECF No. 46) shall be not be due until after the Motions for Protective Orders (ECF Nos. 50 and 51) have been ruled on. Both counsel agreed that Plaintiff's response to the Defendant's MPSJ will be due April 19, 2021.

11. This is Plaintiff's second request for an extension in regard to Defendant's MPSJ (ECF No. 46).

**IT IS SO STIPULATED**.

2

Dated:  March 31, 2021　　　　　　　**LITCHFIELD CAVO LLP**

By:   /s/ *Griffith H. Hayes, Esq.*
　　　GRIFFITH H. HAYES, ESQ.
　　　Nevada Bar No. 7374
　　　ALICIA A. HAGERMAN, ESQ.
　　　Nevada Bar No. 10891
　　　3993 Howard Hughes Parkway, Suite 100
　　　Las Vegas, Nevada  89169
　　　T:  702-949-3100/F: 702-916-1779
　　　Hayes@LitchfieldCavo.com
　　　Hagerman@LitchfieldCavo.com
　　　*Attorneys for Plaintiff*

Dated:  March 31, 2021　　　　　　　**ALLISON MacKENZIE, LTD.**

*By:*   /s/ *Ryan Russell, Esq.*
　　　RYAN RUSSELL, ESQ.
　　　Nevada Bar No. 8646
　　　402 North Division Street
　　　Carson City, Nevada  89703
　　　T: 775-687-0202/F:  775-882-7918
　　　Email: rrussell@allisonmackenzie.com
　　　*Attorneys for Defendants*

**IT IS SO ORDERED** that the deadline for Plaintiff to file its response to Defendant's MPSJ (ECF No 46) is April 19, 2021.

DATED this 1st day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3