GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
Hagerman@LitchfieldCavo.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually.<br><br>Defendants. | CASE NO.: 3:19-cv-00449-LRH-WGC<br><br>**MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("Tesoro"), by and through its counsel of record, the law firm of LITCHFIELD CAVO LLP, hereby submits this motion for an Order granting the Request for Removal of Ryan B. Zimmer, Esq. from the service list.

Ryan B. Zimmer, Esq. is no longer associated with the law firm of Litchfield Cavo or this litigation. Therefore Plaintiff respectfully requests this Motion be granted with an Order directing the Clerk of the Court to remove Ryan B. Zimmer, Esq from the CM/ECF Service List.

Dated: April 19, 2021

LITCHFIELD CAVO LLP

By: /s/ Griffith H. Hayes
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Hayes@LitchfieldCavo.com
Hagerman@LitchfieldCavo.com
*Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED** that the Clerk of the Court shall remove Ryan B. Zimmer, Esq from the CM/ECF Service List.

Dated: April 20, 2021.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

2