1  RYAN RUSSELL, ESQ.
   Nevada State Bar No. 8646
2  rrussell@allisonmackenzie.com
   ALLISON MacKENZIE, LTD.
3  402 North Division Street
   Carson City, NV 89703
4  Tele: (775) 687-0202 Fax: (775) 882-7918
5  *Attorneys for Defendants*

6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA – NORTHERN DIVISION**

| | |
|---|---|
| 9  TESORO REFINING & MARKETING | Case No. 3:19-cv-00449-LRH-WGC |
| 10  COMPANY LLC, a Delaware limited liability company, | **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |
| 11                           Plaintiff, | |
| 12  v. | |
| 13  ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; | |
| 14  VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually. | |
| 15                           Defendants. | |
| 16 | |

17      COMES NOW Defendants, by and through counsel, ALLISON MacKENZIE, LTD., and

18  hereby submits this Motion for an Order granting the Removal of CHELSEA D. BIBB, ESQ. from

19  the service list.

20      CHELSEA D. BIBB, ESQ. is no longer associated with the law firm of ALLISON

21  MacKENZIE, LTD. or this litigation. Therefore Defendants respectfully request this Motion be

22  granted with an Order directing the Clerk of the Court to remove CHELSEA D. BIBB, ESQ. from

23  the CM/ECF Service List.

24  ///

25  ///

26  ///

27  ///

28  ///

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

DATED this 17th day of June, 2021.

ALLISON MacKENZIE, LTD.

By: _____
RYAN RUSSELL, ESQ.
Nevada State Bar No. 8646
rrussell@allisonmackenzie.com
ALLISON MacKENZIE, LTD.
402 North Division Street
Carson City, NV 89703
Tele: (775) 687-0202 Fax: (775) 882-7918
*Attorneys for Defendants*

## ORDER

**IT IS ORDERED** that the Clerk of the Court shall remove CHELSEA D. BIBB, ESQ. from the CM/ECF Service List.

DATED: _____June 21, 2021_____

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE