**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – NORTHERN DIVISION**

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALANDDON LLC, a Nevada limited liability company; KIM FIEGEHEN, as Guardian ad Litem for DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually.<br><br>Defendants. | CASE NO.: 3:19-cv-00449-LRH-WGC<br><br>**ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 46) – FIRST REQUEST** |

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("Tesoro"), by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, and ALANDDON LLC, and KIM FIEGEHEN, as Guardian Ad Litem, for ALLAN G. FIEGEHEN and DONALD A. LEHR (collectively referred to as "Defendants") by and through their attorneys of record, the law firm of ALLISON MACKENZIE, LTD., do hereby stipulate and agree as follows:

1. Plaintiff filed its first amended complaint on November 15, 2019 (ECF No. 17).

2. Defendants filed their answer to the amended complaint on May 29, 2020 (ECF 32).

3. The current deadlines, pursuant to the stipulated discovery plan and scheduling order – fourth request are: Discovery Cut-Off – June 14, 2021; Amend the pleading or add parties – February 26, 2021; Initial Expert Disclosure: February 14, 2021; Rebuttal Expert Disclosure: March 15, 2021;

1

Dispositive Motion Deadline: July 19, 2021 and Joint Pre-Trial Order: June 29, 2021.

4. On December 23, 2020, Defendants filed their Motion for Partial Summary Judgment on Plaintiff's Second Claim for Relief (Breach of Contract against Guarantors)(the "MPSJ")(ECF No. 46).

5. Plaintiff filed its response to Defendants MPSJ on August 30, 2021 (ECF No. 84).

6. Plaintiff has agreed that Defendants' shall have until Friday, September 24, 2021 to file a Reply in support of its MPSJ (ECF No. 46).

7. This is Plaintiff's first request for an extension in regard to the MPSJ (ECF No. 46). This extension will not affect the current deadlines.

**IT IS SO STIPULATED.**

DATED this 3rd day of September, 2021.        DATED this 3rd day of September, 2021.

By: */S/ Ryan D. Russell*                                    By: */S/ Griffith H. Hayes*
RYAN RUSSELL, ESQ.                                         GRIFFITH H. HAYES, ESQ.
Nevada State Bar No. 8646                                  Nevada Bar No. 7374
rrussell@allisonmackenzie.com                              ALICIA A. HAGERMAN, ESQ.
                                                           Nevada Bar No. 10891
**ALLISON MacKENZIE, LTD.**                                **LITCHFIELD CAVO LLP**
402 North Division Street                                  3993 Howard Hughes Parkway, Suite 100
Carson City, NV 89703                                      Las Vegas, Nevada  89169
Tele: (775) 687-0202                                       Tel:  702-949-3100
Fax: (775) 882-7918                                        Fax: 702-916-1779
A*ttorneys for Defendants*                                 Hayes@LitchfieldCavo.com
                                                           Hagerman@LitchfieldCavo.com
                                                           *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Date: September 7, 2021

_____
LARRY R. HICKS
**United States District Judge**