**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company, | Case No. 3:19-cv-00449-LRH-WGC |
| Plaintiff, | |
| v. | |
| ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually. | |
| Defendants. | |

## <u>ORDER FOR DISMISSAL</u>

Comes now Plaintiff TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company ("TESORO") by and through its counsel LITCHFIELD CAVO, LLP and Defendants ALANDDON LLC, a Nevada limited liability company; DONALD A. LEHR, individually; VALARIE M. LEHR, individually; and KIM FIEGEHEN, as Guardian ad Litem, for ALLAN G. FIEGEHEN, individually (collectively "ALANDDON") by and through their counsel ALLISON MacKENZIE LTD., and hereby stipulate that the above-captioned proceeding be dismissed, with prejudice as to all claims in this matter with and each party bearing their own attorneys' fees and costs.

///

///

///

1

**IT IS SO STIPULATED.**

DATED this 25th day of April, 2022.                DATED this 25th day of April, 2022.

By:     _/s/ Ryan Russell_                          By:     _/s/ Griffith H. Hayes_
        RYAN RUSSELL, ESQ.                                  GRIFFITH H. HAYES, ESQ.
        Nevada State Bar No. 8646                           Nevada Bar No. 7374
        rrussell@allisonmackenzie.com                       ALICIA A. HAGERMAN, ESQ.
        **ALLISON MacKENZIE, LTD.**                         Nevada Bar No. 10891
        402 North Division Street                           **LITCHFIELD CAVO LLP**
        Carson City, NV 89703                               3993 Howard Hughes Parkway, Suite 100
        Tele: (775) 687-0202                                Las Vegas, Nevada 89169
        Fax: (775) 882-7918                                 Tel:  702-949-3100
        *Attorneys for Defendants*                          Fax: 702-916-1779
                                                            Hayes@LitchfieldCavo.com
                                                            Hagerman@LitchfieldCavo.com
                                                            *Attorneys for Plaintiff*


                                                    **IT IS SO ORDERED**.

                                                    _____
                                                    LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE

                                                    DATED: April 26, 2022.